UNITED STATES DISTRICT COURT
THIRD DIVISION
DISTRICT OF MINNESOTA

| | |
|---|---|
| Leslie Lottin and Margaret Walter-Lottin,<br><br>Plaintiff,<br><br>v<br><br>Gainey Transportation Services, Inc.,<br><br>Defendant. | Civil File No. 06-4834 (PAM\JSM)<br><br>**ORDER FOR JUDGMENT** |

Based upon the Stipulation of Dismissal, it is hereby ordered that any and all claims against defendant in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   September 25  , 2007.          BY THE COURT:


                                          s/Paul A. Magnuson
                                         United States District Court Judge